CATHERINE GRAY, as Administratrix, etc., v. H. H. VOUGHT & COMPANY and

Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or before February 19, 1926.   Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.